WARREN H. NELSON, JR. #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone: (619) 269 4212
Facsimile: (619) 501 7948

Attorney for Defendant
STANDARD INSURANCE COMPANY

FILED
08 APR 15 PM 2: 21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LAURIE ORANGE

vs.

STANDARD INSURANCE
COMPANY, a corporation; and DOES
1 through 10, inclusive,

      Defendants.

Case No.: '08 CV 686 BTM CAB

DEFENDANT STANDARD
INSURANCE COMPANY'S NOTICE
OF PARTY WITH FINANCIAL
INTEREST

    PLEASE TAKE NOTICE that defendant Standard Insurance Company ("Standard"), pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Civil Rule 40.2, discloses that Standard is a wholly-owned subsidiary of StanCorp

--
--
--
--
--

1  Financial Group, Inc., which is a company that is publicly traded on the New York
2  Stock Exchange.
3  Dated: April 15, 2008

WARREN H. NELSON, JR.
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115

Attorney for Defendant
STANDARD INSURANCE COMPANY

DOCKET No. UNASSIGNED

<u>Orange v. Standard Insurance Company, et al.</u>

PROOF OF SERVICE BY MAIL

I, Warren H. Nelson, Jr., the undersigned, hereby certify and declare under penalty of perjury that I am over the age of 18 years and am not a party to this action. My business address is Warren H. Nelson, Jr., A Professional Corporation, 6161 El Cajon Blvd., # 273, San Diego, CA 92115, telephone (619) 269-4212, facsimile (619) 501-7948. On the 15th day of April 2008, I served a true copy of the foregoing document titled exactly:

**DEFENDANT STANDARD INSURANCE COMPANY'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

By placing it/ in an addressed sealed envelope with correct postage affixed thereto and personally depositing it in the United States mail. I addressed the mailing envelope to the following:

Robert K. Scott, Esq.
D. Scott Mohney, Esq.
Law Offices of Robert K. Scott
7700 Irvine Center Drive, Suite 605
Irvine, CA 92618

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of April 2008 at San Diego, California.

_____
Warren H. Nelson, Jr.