# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ORANGE,<br><br>                  Plaintiff,<br>  vs.<br>STANDARD INSURANCE COMPANY,<br><br>                  Defendant. | CASE NO. 08CV686 BTM (CAB)<br><br>ORDER TO SHOW CAUSE |

Defendant has removed this action pursuant to 28 U.S.C. § 1441 asserting diversity jurisdiction under 28 U.S.C. § 1332(a). Upon review of the complaint, it is unclear whether the jurisdictional amount requirement has been met. Specifically, although Defendant notes that Plaintiff seeks damages for breach of an insurance contract, tort damages for a bad faith breach, emotional distress and punitive damages among others, Defendant provides no specific information, such as the value of the allegedly denied insurance benefits, which would aid the Court in determining that the jurisdictional amount requirement had been met. Therefore, the Court orders the parties to show cause why this case should not be remanded for lack of jurisdiction. The parties shall file written responses to this OSC on or before June 6, 2008.

IT IS SO ORDERED.

DATED: May 28, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28