# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ORANGE, | CASE NO. 08CV686 BTM (CAB) |
| Plaintiff, | ORDER RE: OSC |
| vs. | |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |

The Court issued an Order to Show why this case should not be remanded. Specifically, the Court noted that it is unclear whether the jurisdictional amount requirement has been met. The parties have submitted a response demonstrating that the allegedly denied benefits exceed $75,000. The Court is therefore satisfied that diversity jurisdiction exists in this case.

DATED: June 26, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge