1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ORANGE,<br><br>                              Plaintiff,<br><br>    v.<br><br>STANDARD INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>                             Defendants. | Civil No.   08cv0686-BTM (CAB)<br><br>**ORDER SETTING RULE 26 COMPLIANCE AND SETTING MANDATORY SETTLEMENT CONFERENCE** |

      On July 2, 2008, the Court held a Case Management Conference and discussed compliance with Federal Rules of Civil Procedure, Rule 26.  Based thereon, IT IS HEREBY ORDERED:

      1.    The Rule 26(f) conference shall be completed on or before **July 16, 2008**;

      2.    A discovery plan shall be <u>lodged</u> with Magistrate Judge Bencivengo on or before **July 21, 2008**; and,

      3.    The parties' joint motion to continue the Mandatory Settlement Conference [doc. no. 11] is GRANTED.  A Mandatory Settlement Conference shall be held on **July 23, 2008**, at **10:00 a.m.**  If counsel wish to supplement the settlement statement already submitted to chambers, they may do so no later than **July 16, 2008**.  Pursuant to Local Civil Rule 16.3, all party representatives and claims adjusters for insured defendants with full and unlimited authority to negotiate and enter into a binding settlement, as well as the principal attorney(s) responsible for the litigation, must be present and legally and factually prepared to discuss and resolve the case at

the mandatory settlement conference. Retained outside corporate counsel <u>shall not</u> appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. Failure to attend the conference or obtain proper excuse will be considered grounds for sanctions.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

DATED: July 2, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge