UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ORANGE,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>STANDARD INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Civil No.    08cv0868-BTM (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

　　　　On July 23, 2008, the Court held a Mandatory Settlement Conference, and the case settled. Accordingly, IT IS HEREBY ORDERED:

　　　　1.　　A Joint Motion for Dismissal shall be electronically filed on or before **September 8, 2008**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Barry T. Moskowitz, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

　　　　2.　　If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before September 8, 2008, then a Settlement Disposition Conference shall be held on **September 9, 2008**, at **9:30 a.m.** before Judge Bencivengo.  The conference

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before September 8, 2008, the Settlement Disposition Conference shall be vacated.

DATED:  July 24, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge