ROBERT K. SCOTT # 67466
DAVID SCOTT MOHNEY #124426
LAW OFFICES OF ROBERT K. SCOTT
7700 Irvine Center Drive, Suite 605
Irvine, CA 92618
Telephone:   (949) 753 4950
Facsimile:   (949) 753 4949

Attorneys for Plaintiff
LAURIE ORANGE

WARREN H. NELSON, JR.  #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone:  (619) 269 4212
Facsimile:   (619) 501 7948
Email: nelson@rolando.sdcoxmail.com

Attorney for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ORANGE, <br><br> Plaintiff, <br><br> vs. <br><br> STANDARD INSURANCE COMPANY, a corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 3:08-cv-00686 BTM-CAB <br><br> JOINT MOTION TO DISMISS WITH PREJUDICE <br><br> No hearing set or required. |

    This case has settled on terms that are confidential.  The parties, plaintiff Laurie Orange and defendant Standard Insurance Company, pursuant to Local Rule

7.2(b), now jointly and respectfully move the Court for an Order dismissing this case with prejudice each party to bear her or its own attorney fees and costs.

Pursuant to Local Rule 7.2(c) and the Electronic Case Filing, CM/ECF, User's Manual, Southern District of California (revised July 2008), the Proposed Order for Dismissal With Prejudice has not been electronically filed but has instead been emailed to the Chambers of the Honorable Barry T. Moskowitz, Judge, U.S. District Court, Southern District of California, with a courtesy copy emailed to the Chambers of the Honorable Cathy Ann Bencivengo, Magistrate Judge, U.S. District Court, Southern District of California.

Dated: August 28, 2008

/s/Warren H. Nelson, Jr.
WARREN H. NELSON, JR.
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115

Attorney for Defendant
STANDARD INSURANCE COMPANY

Dated: August 28, 2008

/s/Robert K. Scott
ROBERT K. SCOTT
DAVID SCOTT MOHNEY
LAW OFFICES OF ROBERT K. SCOTT
7700 Irvine Center Drive, Suite 605
Irvine, CA 92618

Attorneys for Plaintiff
LAURIE ORANGE

DOCKET No. 3:08-cv-00686 BTM-CAB

<u>Orange v. Standard Insurance Company, et al.</u>

PROOF OF SERVICE BY MAIL

    I, Warren H. Nelson, Jr., the undersigned, hereby certify and declare under penalty of perjury that I am over the age of 18 years and am not a party to this action.  My business address is Warren H. Nelson, Jr., A Professional Corporation, 6161 El Cajon Blvd., # 273, San Diego, CA 92115, telephone (619) 269-4212, facsimile (619) 501-7948.  On the 28th day of August 2008, I served a true copy of the foregoing document titled exactly:

JOINT MOTION TO DISMISS WITH PREJUDICE

By placing it/ in an addressed sealed envelope with correct postage affixed thereto and personally depositing it in the United States mail.  I addressed the mailing envelope to the following:

ROBERT K. SCOTT
LAW OFFICES OF ROBERT K. SCOTT
7700 Irvine Center Drive, Suite 605
Irvine, CA 92618

    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th day of August 2008 at San Diego, California.

                                              <u>/s/Warren H. Nelson. Jr.</u>
                                                Warren H. Nelson, Jr.