UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ORANGE,<br><br>      Plaintiff,<br><br>  vs.<br><br><br>STANDARD INSURANCE COMPANY, a corporation; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 3:08-cv-00686 BTM-CAB<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

The parties, plaintiff Laurie Orange and defendant Standard Insurance Company, have advised the Court that this entire action has now settled on terms that are confidential and have, further, pursuant to Local Rule 7.2(b), jointly moved the Court for an Order dismissing this case with prejudice, each party to bear her or its own attorney fees and costs. Pursuant to the parties' joint motion, the Court GRANTS the motion and dismisses this case with prejudice, each party to bear her or its own attorney fees and costs.

IT IS SO ORDERED.

DATE: September 3, 2008

_____

Hon. Barry T. Moskowitz, Judge,
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28